```
USDC SDNY         Swain
DOCUMENT
ELECTRONICA[...]
DOC #:
DATE FILED: MAY 1 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL A. STOCKHAMER and ALICE L.
STOCKHAMER, on Behalf of Themselves and All
Others Similarly Situated,

                Plaintiffs,

                v.

CITIGROUP INC. and CITIGROUP GLOBAL
CAPITAL MARKETS INC.,

                Defendants.

Case No. 08-CV-3904 (LTS)

JUDGE LAURA T. SWAIN

**STIPULATION AND
[PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

(a)    defendants Citigroup Inc. ("Citigroup") and Citigroup Global Markets Inc. ("CGMI") hereby do not waive any defenses, objections or arguments except as to sufficiency of service of process;

(b)    plaintiffs having advised that they intend to file an Amended Complaint, defendants Citigroup and CGMI shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the complaint in the above-captioned action;

(c)    Citigroup and CGMI's last day to move, answer or otherwise respond shall be extended to and including the date 45 days after the filing of the Amended Complaint;

(d)    in the event Citigroup or CGMI moves to dismiss the Amended Complaint:

      1.     plaintiffs shall have 45 days from the date such motion is served to serve opposition papers; and

      2.     Citigroup and CGMI shall have 21 days from the date opposition papers are served by plaintiffs to serve reply papers.

Dated: May 14, 2008
       New York, New York

              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
       Brad S. Karp
       Charles E. Davidow
       Susanna M. Buergel
       1285 Avenue of the Americas
       New York, New York 10019-6064
       Tel.  (212) 373-3000
       Fax  (212) 757-3980
       bkarp@paulweiss.com
       sbuergel@paulweiss.com
       cdavidow@paulweiss.com

*Attorneys for Defendants Citigroup Inc. and Citigroup Global Markets Inc.*

SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.

By: _____
Samuel P. Sporn
Joel P. Laitman
Frank R. Schirripa
Daniel B. Rehns
19 Fulton Street, Suite 406
New York, New York 10038
Tel.: (212) 964-0046
Fax: (212) 267-8137
sporn@spornlaw.com
joel@spornlaw.com
frank@spornlaw.com
daniel@spornlaw.com

*Attorneys for Plaintiffs*

SO ORDERED: _____ 5/16/08
U.S.D.J.