UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LHB INSURANCE BROKERAGE INC., On Behalf Of Itself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS, INC.,<br><br>Defendants. | Civil Action No. 08-CV-3095 (LTS) |

*[additional captions follow]*

**NOTICE OF MOTION OF WEDGEWOOD TACOMA LLC AND JEMSTONE LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**MILBERG LLP**
Jerome M. Congress (JC-2060)
Kent A. Bronson (KB-4906)
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone:   (212) 594-5300
Facsimile:   (212) 868-1229
jcongress@milberg.com
kbronson@milberg.com


*Proposed Lead Counsel for the Class*

436189_1

| | |
|---|---|
| LISA SWANSON, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS, INC. AND CITI SMITH BARNEY,<br><br>    Defendants. | Civil Action No. 08-CV-3139 (LTS) |
| SAMUEL A. STOCKHAMER and ALICE L. STOCKHAMER, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL CAPITAL MARKETS, INC.<br><br>    Defendants. | Civil Action No. 08-CV-3904 (LTS) |
| WEDGEWOOD TACOMA LLC, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS, INC., and CITI SMITH BARNEY,<br><br>    Defendants. | Civil Action No. 08-CV-4360 (LTS) |

436189_1

PLEASE TAKE NOTICE that Wedgewood Tacoma LLC and Jemstone LLC ("Movants"), by their counsel will hereby move this Court on a date and at such time as my be designated by the Court, at 500 Pearl Street, New York, New York for an order: (i) consolidating *LHB Insurance Brokerage Inc. v. Citigroup Inc.*, No. 1:08-CV-3095 (LTS); *Swanson v. Citigroup Inc.,* No. 1:08-CV-3139 (LTS); and *Stockhamer v. Citigroup Inc.*, No. 1:08-CV-3904 (LTS) with *Wedgewood Tacoma LLC  v. Citigroup Inc.*, No. 1:08-CV-4360 for all purposes pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Wedgewood Tacoma LLC and Jemstone LLC as Lead Plaintiffs in the actions alleging violations of the securities laws, *LHB Insurance Brokerage Inc. v. Citigroup Inc.*, No. 1:08-CV-3095 (S.D.N.Y. filed Mar. 26, 2008) (LTS); *Swanson v. Citigroup, Inc.,* No. 1:08-CV-3139 (S.D.N.Y. filed Mar. 27, 2008) (LTS); and *Wedgewood Tacoma LLC  v. Citigroup Inc.*, No. 1:08-CV-4360 (S.D.N.Y. filed May 8, 2008) (LTS) (collectively the "Securities Actions"); (iii) approving Movants' selection of Milberg LLP ("Milberg") to serve as Lead Counsel in the Securities Actions; (iv) appointing Milberg as Interim Lead Counsel with respect to the Investment Advisors Act claim pursuant to Fed. R. Civ. P. 23 (g)(3); and (v) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movants submit herewith a Memorandum of Law, a [Proposed] Order, and the Declaration of Jerome M. Congress, dated May 27, 2008.

Dated:  May 27, 2008    Respectfully submitted,

**MILBERG LLP**

By:   */s/ Jerome M. Congress*
Jerome M. Congress (JC-2060)
Kent A. Bronson (KB-4906)
One Pennsylvania Plaza, 49th Floor
New York, New York 10119
Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229
jcongress@milberg.com
kbronson@milberg.com

**CERTIFICATE OF SERVICE**

I, Jerome M. Congress, a partner with the law firm Milberg LLP, hereby certify that I caused a true and correct copy of the following documents to be served with the Clerk of the Court using the CM/ECF system, which will send notifications of filing to the CM/ECF participants listed on the attached Service List, and caused all counsel listed on the Service List to be served by regular U.S. Mail on this 27th day of May 2008:

1. NOTICE OF MOTION OF WEDGEWOOD TACOMA LLC AND JEMSTONE LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL;

2. [PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL;

3. MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF WEDGEWOOD TACOMA LLC AND JEMSTONE LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL; AND

4. DECLARATION OF JEROME M. CONGRESS IN SUPPORT OF THE MOTION OF WEDGEWOOD TACOMA LLC AND JEMSTONE LLC FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL.

                                                      */s/ Jerome M. Congress*
                                                       Jerome M. Congress

# Citigroup Inc. (ARS)

### Service List

*Counsel for Plaintiffs:*

Eduard Korsinsky
Joseph E. Levi
Juan E. Monteverde
**LEVI & KORSINSKY, LLP**
39 Broadway, Suite 1601
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: ek@zlk.com
jlevi@zlk.com
jmonteverde@zlk.com

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: dcg@girardgibbs.com
jkl@girardgibbs.com
ams@girardgibbs.com

Samuel P. Sporn
Joel P. Laitman
Frank R. Schirripa
Daniel B. Rehns
**SCHOENGOLD SPORN LAITMAN
  & LOMETTI, P.C.**
19 Fulton Street, Suite 406
New York, NY 10038
Tel: (212) 964-0046
Fax: (212) 267-8137
Email: ssporn@spornlaw.com
joel@spornlaw.com
frank@spornlaw.com
daniel@spornlaw.com

Christopher A. Seeger
Stephen A. Weiss
David R. Buchanan
**SEEGER WEISS LLP**
One William Street, 10th Floor
New York, NY 10004
Tel: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com
sweiss@seegerweiss.com
dbuchanan@seegerweiss.com

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
Email: siegel@stuevesiegel.com

*Counsel for Defendants:*

Brad S. Karp
Susanna M. Buergel
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
1285 Avenue of the Americas
New York, NY  10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3980
Email: bkarp@paulweiss.com
         sbuergel@paulweiss.com

Charles E. Davidow
**PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP**
1615 L Street, N.W., Suite 1300
Washington, D.C.  20036-5694
Tel: (202) 223-7300
Fax: (202) 223-7420
Email: cdavidow@paulweiss.com

**CITIGROUP INC.**
Legal Department
399 Park Avenue
New York, NY  10043

**CITI SMITH BARNEY**
c/o Citigroup Inc.
Legal Department
399 Park Avenue
New York, NY  10043

**CITIGROUP GLOBAL MARKETS, INC.**
Legal Department
388 Greenwich Street
New York, NY  10013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LHB INSURANCE BROKERAGE INC., On Behalf Of Itself And All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL MARKETS, INC.,<br><br>                Defendants. | Civil Action No. 08-CV-3095 (LTS) |

*[additional captions follow]*

**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD <u>PLAINTIFFS' SELECTION OF LEAD COUNSEL</u>**

436187_1

| | |
|---|---|
| LISA SWANSON, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS, INC. AND CITI SMITH BARNEY,<br><br>Defendants. | Civil Action No. 08-CV-3139 (LTS) |
| SAMUEL A. STOCKHAMER and ALICE L. STOCKHAMER, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP INC. and CITIGROUP GLOBAL CAPITAL MARKETS, INC.<br><br>Defendants. | Civil Action No. 08-CV-3904 (LTS) |
| WEDGEWOOD TACOMA LLC, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS, INC., and CITI SMITH BARNEY,<br><br>Defendants. | Civil Action No. 08-CV-4360 (LTS) |

436187_1

Upon consideration of the motions and supporting papers for consolidation, appointment of lead plaintiffs and lead counsel in the above-captioned action and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.    The Motion of Wedgewood Tacoma LLC and Jemstone LLC is GRANTED.

2.    *LHB Insurance Brokerage Inc. v. Citigroup Inc.*, No. 1:08-CV-3095 (S.D.N.Y. filed Mar. 26, 2008) (LTS); *Swanson v. Citigroup Inc.,* No. 1:08-CV-3139 (S.D.N.Y. filed Mar. 27, 2008) (LTS); *Stockhamer v. Citigroup Inc.*, No. 1:08-CV-3904 (S.D.N.Y. filed Apr. 25, 2008) (LTS) and *Wedgewood Tacoma LLC v. Citigroup Inc.*, No. 1:08-CV-4360 (S.D.N.Y. filed May 8, 2008) (LTS) are hereby CONSOLIDATED for all purposes.

3.    Wedgewood Tacoma LLC and Jemstone LLC are hereby APPOINTED to serve as Lead Plaintiffs in the actions alleging violations of the securities laws, *LHB Insurance Brokerage Inc. v. Citigroup Inc.*, No. 1:08-CV-3095 (S.D.N.Y. filed Mar. 26, 2008) (LTS); *Swanson v. Citigroup Inc.,* No. 1:08-CV-3139 (S.D.N.Y. filed Mar. 27, 2008) (LTS); and *Wedgewood Tacoma LLC v. Citigroup Inc.*, No. 1:08-CV-4360 (S.D.N.Y. filed May 8, 2008) (collectively the "Securities Actions"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

4.    Milberg LLP ("Milberg") is hereby APPOINTED to serve as Lead Counsel for the Class in the Securities Actions, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

5.    The law firm Milberg is hereby APPOINTED as Interim Lead Counsel with respect to the Investment Advisors Act claim pursuant to Fed. R. Civ. P. 23(g)(3).

SO ORDERED.


Dated: _____, 2008           _____
                                 United States District Judge