AO 458 (Rev. 10/95) Appearance

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

SAMUEL A. STOCKHAMER and ALICE
L. STOCKHAMER,

          V.

CITIGROUP, INC. and CITIGROUP
GLOBAL CAPITAL MARKETS, INC.

**APPEARANCE**

CASE NUMBER: 08-CV-03904

To the Clerk of this court and all parties of record:

    Enter my appearance as Attorney To Be Noticed in this case for:

    **Plaintiffs, Samuel A. Stockhamer and Alice L. Stockhamer**

I certify that I am admitted to practice in this court.

**May 29, 2008**
Date

_(signature)_
Signature

**Frank R. Schirripa**      **FS-1960**
Print Name      Bar No.

**Schoengold Sporn Laitman & Lometti, P.C.**
Firm

**19 Fulton Street, Suite 406**
Address

**New York**      **NY**      **10038**
City      State      Zip Code

**(212) 964-0046**      **(212) 687-8137**
Phone No.      Fax. No.