AO 458 (Rev. 10/95) Appearance

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

SAMUEL A. STOCKHAMER and ALICE L. STOCKHAMER,

V.

CITIGROUP, INC. and CITIGROUP GLOBAL CAPITAL MARKETS, INC.

**APPEARANCE**

CASE NUMBER: 08-CV-03904

To the Clerk of this court and all parties of record:

Enter my appearance as Attorney To Be Noticed in this case for:

**Plaintiffs, Samuel A. Stockhamer and Alice L. Stockhamer**

I certify that I am admitted to practice in this court.

May 29, 2008
Date

Signature

Daniel B. Rehns      DR-5506
Print Name           Bar No.

Schoengold Sporn Laitman & Lometti, P.C.
Firm

19 Fulton Street, Suite 406
Address

New York         NY          10038
City             State       Zip Code

(212) 964-0046       (212) 687-8137
Phone No.            Fax. No.