UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Samuel A. Stockhamer, et al.

                            Plaintiff,

                                                                        08 CIVIL 3904 (LTS)

-against-

Citigroup, Inc., et al.

                            Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Daniel Brett Rehns, Esq.

☐ *Attorney*

    ☐    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Goldberg & Associates, 39 Broadway, NY, NY

    To: Schoengold Sporn Laitman & Lometti, P.C.

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 19 Fulton Street, Ste. 406, NY, NY 10038

☒ *Telephone Number:* (212) 964-0046

☒ *Fax Number:* (212) 267-8137

☒ *E-Mail Address:* daniel@spornlaw.com

Dated: 5/30/08